161 A.3d 764

DAVID TIMOTHY JOHNSON, PLAINTIFF–PETITIONER,
v. LILLIE LOUELLA HOWARD, DEFENDANT-
RESPONDENT.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001584–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.